UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

# **AMENDED**

| Case No. | CV 17-1052-R(ASx) | Date | May 15, 2018 |
|---|---|---|---|
| Title | Michael Kors, L.L.C. v. M R Enterprises, et al. | | |

| Present: The Honorable | Patrick J. Walsh, U.S. Magistrate Judge | |
|---|---|---|
| Isabel Martinez | Court Smart 5/15/18 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Jessica C. Covington | Siamak E. Nehoray |

**Proceedings:**   Telephonic Conference Re Settlement

The case is called and appearances are made. The Court and parties discuss the settlement agreement. The Court sets an **in-person** Status Conference Re Settlement for May 29, 2018 at 1:30 p.m.

: 05

Initials of Preparer   im